UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST LA

2006 DEC 13 P 4: 20

BY DEPUTY CLERK

DAVID D. CLIFFORD (#109543)

VERSUS

RICHARD STALDER, ET AL

CIVIL ACTION

NO. 06-446-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated November 13, 2006. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's claims against defendants Harvey G. Lappin, Richard Stalder and Nurse Durham will be dismissed as legally frivolous pursuant to 28 U.S.C. § 1915, and this action will be transferred to the Western District of Louisiana for resolution and disposition.

Baton Rouge, Louisiana, December 13, 2006.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA