U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

AUG - 6 2007

ROBERT H. SHEMWELL, CLERK
BY _____
     DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DAVID D. CLIFFORD<br>A/K/A MICHAEL J. COLEMAN | : | DOCKET NO. 2:06-cv-2368 |
| VS. | : | JUDGE MINALDI |
| RICHARD STALDER, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**IT IS ORDERED** that plaintiff's claims seeking injunctive relief be **DENIED** and **DISMISSED** as moot;

**IT IS FURTHER ORDERED** that plaintiff's due process claim in regard to the loss of good time credit be **DISMISSED WITH PREJUDICE** to their being asserted again until the *Heck v. Humphrey*, 512 U.S. 477, 486, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994) conditions are met;

**IT IS ALSO ORDERED** that plaintiff's other civil rights claims be **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C.1915A(b)(1).

**IT IS FURTHER ORDERED** that the plaintiff's Supplemental State Court claims be **DISMISSED WITHOUT PREJUDICE** to plaintiff's right to refile these claims in the appropriate state court.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___3___ day of _____, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE